Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

<u>John Cochran MacColl, Reg. No. 56837-039</u> )
<u>Federal Correctional Institutute, PO</u> )
<u>Box 1000, Morgantown, West Virginia</u> )
<u>26507</u> )
_____, )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
Petitioner, )
vs. )
)
<u>F.J. Bowers</u> )
_____, )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
Respondent. )
_____)

FILED

JUL 26 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. <u>3:21cv122</u>
(to be assigned by Clerk)

*[signatures]*
Groh
Trumble
Sims

**Important notes to read before completing this form:**

★  Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

   ☐ a conviction
   ☐ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☒ other, state briefly: <u>FCI Morgantown denied the Petitioner CARES Act</u>
   <u>eligibility. FCI Morgantown is not equally applying a standard set</u>

**Attachment A**

_of criteria to all inmates._

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____

3. List the name and location of the court which imposed your sentence:
   _United States District Court for teh Eastern District of Michigan_

4. List the case number, if known: _0645 2:18CR20551 (1)_

5. List the nature of the offense for which the sentence was imposed:
   _Wire Fraud_

6. List the date each sentence was imposed and the terms of the sentence:
   _February 12, 2019, 108 months_

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☐ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☐ Yes      ☒ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
    _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☒ Yes      ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: __US District Court for the Eastern District of Michigan__

Attachment A

    2. Nature of Proceeding: __Motion for Compassionate Release__
    3. Grounds Raised: __COVID-19 Pandemic__
    4. Did you receive an evidentiary hearing? ☐ Yes  ☒ No
    5. Result: __Denied__
    6. Date of Result: __2020__

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☒ No Result: _____
    2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __Grounds did not exist for appeal__

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
__FCI Morgantown denied the Petitioner eligibility for the CARES Act.__

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
__The Petitioner is 68 years old and has a host of medical issues (50% colon resection, high blood pressure, blood clots, high cholesterol, Anemia, significantly reduced kidney function) that meet the requirement for CARES Act eligibility.__

B. Ground two:

Attachment A

Supporting facts:
See Exhibit A

On May 20, 2021, FCI Morgantown released inmate Joseph Daniel Mills to home confinement via the CARES Act after his judge (Honorable Judge Goodwin) denied Mr. Mills the same for 3553 factors that the judge deemed so severe that Mr. Mills denial was necessary in order to "protect the public" (see Exhibit A). The 3553 factors cited by Judge Goodwin included: 21 guns in

***CONTINUED***

C. Ground three:

Supporting facts:

D. Ground four:

Ground two continued

Mr. Mills possession at the time of his arrest, body armor in Mr. Mills possession at the time of his arrest, five protective orders filed against Mr. Mills and a history of carrying a firearm while selling drugs in the states of West Virginia and Ohio. The Petitioner has no history of violence whatsoever.

One of the primary excluding factors set by the Bureau of Prisons for inmate eligibility for the CARES Act is a history of violence. The CARES Act does not specify criteria for CARES Act eligibility, but leaves eligibility to the Bureau of Prisons.

Mr. Mills and the Petitioner have served approximately the same amount of time. Mr. Mills served under 33% of his sentence when released from FCI Morgantown. The Petitioner has served just under 30%.

The Petitioner at 60 years old poses no threat to the community. Mr. Mills, according to Judge Goodwin, most certainly does. The Petitioner has a list of debilitating medical issues. Mr. Mills by contrast had a single risk factor of a high BMI (30) when he was approved for CARES Act, but reduced that number to 27 upon release.

FCI Morgantown has set a very low bar with the release of Mr. Mills to home confinement via the CARES Act. FCI Morgantown rewarded Mr. Mills for his extensive violent history. Although the Petitioner does not need to stoop to the level of violence in order to qualify for release to home confinement, his medical condition and other factors should have allowed him eligibility for release. Therefore, FCI Morgantown is not equally applying standard consistent criteria for eligibility to all inmates.

**Attachment A**

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result:

   _____
   _____
   _____
   _____
   _____

Attachment A

2. If your answer to "A" above was no, explain:
   _____
   _____
   _____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

   ☒ Yes   ☐ No

   1. If your answer to "B" above was yes, what was the result:
      _Denied_____
      _____
      _____

   2. If your answer to "B" above was no, explain:
      _____
      _____
      _____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1. Make **no** legal arguments.
    2. Cite **no** cases or statutes.
    _Release the Petitioner to home confinement via the CARES Act. If the Court lacks the jurisdiction to directly release the Petitioner, the Petitioner ask the Court to order FCI Morgantown to process him for release as soon as practicable._
    _____
    _____
    _____
    _____

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____
_____

Signed this __11th__ day of __July__, __2021__.
       (day)       (month)       (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __July 11, 2021__   _____
                                                               Your Signature